### 393.  MOSELEY *v.* DINKINS.

HILL, C. J.  The errors of law complained of being wholly immaterial as affecting the merits of the case, and the verdict being amply supported by the facts and approved by the trial judge, this court will not interfere.          *Judgment affirmed.*

Action for breach of contract, from city court of Swainsboro— Judge Mitchell.  February 11, 1907.

Argued June 20,—Decided October 3, 1907.

*Saffold & Larsen,* for plaintiff in error.

*Henry R. Daniel,* contra.